**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
May 31, 2012

Lyle W. Cayce
Clerk

No. 11-60649
Summary Calendar

SAJJAD NASIR,

                                        Petitioner

v.

ERIC H. HOLDER, JR., U. S. ATTORNEY GENERAL,

                                        Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A095 605 853

Before KING, JOLLY, and GRAVES, Circuit Judges.

PER CURIAM:[*]

Sajjad Nasir petitions for review of the order of the Board of Immigration Appeals (BIA) denying his motion to reopen. He does not contest the holdings of the BIA that his motion is numerically barred pursuant to 8 C.F.R. § 1003.23(b)(4)(ii) and, alternatively, that it is time barred pursuant to 8 U.S.C. § 1229a(c)(7)(C)(i); rather he argues that the BIA should have afforded him equitable tolling based upon the ineffective assistance that he received from prior attorneys or that it otherwise should have exercised its discretion to reopen

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 11-60649

proceedings sua sponte pursuant to 8 C.F.R. § 1003.2.  We lack jurisdiction to review the BIA's refusal to reopen proceedings on these grounds.  *See Ramos-Bonilla v. Mukasey*, 543 F.3d 216, 219-20 (5th Cir. 2008).  We need not address the remainder of Nasir's arguments pertaining to the merits of his motion to reopen.

Nasir's petition for review is DISMISSED FOR LACK OF JURISDICTION.